**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **ALTAIR LOGIX LLC,** | C.A. NO. _____ |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| **TQ-SYSTEMS USA INC.,** | **PATENT CASE** |
| Defendant. | |

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Fed.R.Civ.P. 7.1, Plaintiff Altair Logix LLC states that it does not have a parent corporation and that there is no publicly held corporation owning ten percent or more of its stock.

February 23, 2020

OF COUNSEL:

David R. Bennett
Direction IP Law
P.O. Box 14184
Chicago, IL 60614-0184
(312) 291-1667
dbennett@directionip.com

CHONG LAW FIRM

 */s/ Jimmy Chong*
Jimmy Chong (#4839)
2961 Centerville Road, Suite 350
Wilmington, DE 19808
Telephone: (302) 999-9480
Facsimile: (877) 796-4627
Email: chong@chonglawfirm.com

*Attorneys for Plaintiff Altair Logix LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2020, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

*/s/ Jimmy Chong*
Jimmy Chong
